**MANDATE**

N.Y.S.D. Case #
13-cv-8383(RMB)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of March, two thousand and eighteen.

_____

Karine Gevorkyan, Arthur Bogoraz, Sam Moldaver, Inna Moldaver,

    Plaintiffs - Appellees,

v.

Ira Judelson,

    Defendant - Appellant.
_____

**ORDER**

Docket No. 17-3681

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 27, 2018
```

Appellant moves to withdraw the appeal.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellees' pending motions to dismiss, to impose sanctions, and for costs are deemed withdrawn.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 03/27/2018**